[No. 12343–6–II.  Division Two.  February 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS G. SELVIDGE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap

County, No. 88-1-00202-7, Terence Hanley, J., entered September 28, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.